| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PERSONAL DATA** | | | | | | | |

## PERSONAL DATA

**1. LAST NAME - FIRST NAME - MIDDLE NAME:** HOUSTON Leonard William
**2. SERVICE NUMBER:** 1841666
**3a. GRADE, RATE OR RANK:** LCpl (E-3)
**3b. DATE OF RANK:** 01Jan63
**4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS:** USMC
**5. PLACE OF BIRTH:** New York, N. Y.
**6. DATE OF BIRTH:** 06 Aug 41
**7a. RACE:** Negroid
**7b. SEX:** Male
**7c. COLOR HAIR:** Black
**7d. COLOR EYES:** Brown
**7e. HEIGHT:** 66"
**7f. WEIGHT:** 142
**8. U.S. CITIZEN:** YES
**9. MARITAL STATUS:** Single
**10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED:** High School-2 years
**10b. MAJOR COURSE OR FIELD:** Commercial

## TRANSFER OR DISCHARGE DATA

**11a. TYPE OF TRANSFER OR DISCHARGE:** Transfer to Marine Corps Reserve
**11b. STATION OR INSTALLATION AT WHICH EFFECTED:** Co "B", 2nd AmTracBn, FMF, Camp Lejeune, N. C.
**11c. REASON AND AUTHORITY:** CofG 21-G Para 13261.1a MARCORPERSMAN & MCO 1900.2d
**11d. EFFECTIVE DATE:** 30 Mar 63
**12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND:** Co "B", 2nd AmTracBn, FMF, CamLej, N. C.
**13a. CHARACTER OF SERVICE:** HONORABLE
**13b. TYPE OF CERTIFICATE ISSUED:** DD 217-MC

## SELECTIVE SERVICE DATA

**14. SELECTIVE SERVICE NUMBER:** N/A
**15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE:** N/A
**16. DATE INDUCTED:** N/A

**17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED:** 1st MCRRD 605 Stewart Avenue, Garden City, Long Island, New York

**18. TERMINAL DATE OF RESERVE OBLIGATION:** 30 Mar 65
**19a. SOURCE OF ENTRY:** ENLISTED (First Enlistment)
**19b. TERM OF SERVICE (Years):** 04
**19c. DATE OF ENTRY:** 17 Mar 59
**20. PRIOR REGULAR ENLISTMENTS:** None
**21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE:** Pvt (E-1)
**22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE:** New York, N. Y.
**23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE:** 217 West 111th St. New York 26, N. Y.

**24. STATEMENT OF SERVICE:**

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES (1) NET SERVICE THIS PERIOD | 04 | 00 | 13 |
| (2) OTHER SERVICE | 00 | 00 | 00 |
| (3) TOTAL (Line (1) + line (2)) | 04 | 00 | 13 |
| b. TOTAL ACTIVE SERVICE | 04 | 00 | 13 |
| c. FOREIGN AND/OR SEA SERVICE | 00 | 00 | 00 |

**25a. SPECIALTY NUMBER AND TITLE:** 1833 AmTracCrewman
**25b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:** 7-81.042 AutoMechHelper (const)

**26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:** N/A

**27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES:** N/A

**28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED:** N/A

**29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:**
MCI Crs. (41.4a)
Bookkeeping & Accounting
USAFI (GED)
HS-4 yrs.

## VA DATA

**30a. GOVERNMENT LIFE INSURANCE IN FORCE:** NO
**30b. AMOUNT OF ALLOTMENT:** N/A
**30c. MONTH ALLOTMENT DISCONTINUED:** N/A
**31a. VA BENEFITS PREVIOUSLY APPLIED FOR:** N/A
**31b. VA CLAIM NUMBER:** C- N/A

**32. REMARKS:**
Recommended for reenlistment
13 days Lost Time current tour of active duty
07 days in excess leave status
No lump sum leave settlement due
Social Security No. 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

**33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE:** 217 W. 111th St. New York 26, N. Y.
**34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED:** [signature]
**35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:**
**35b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN:** [signature]

| DATE OF CORRECTION<br>DGK-3-ajh<br>7 May 1963 | CORRECTION TO DD FORM 214, ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE | | | DEPARTMENT, COMPONENT AND BRANCH OR CLASS<br>USMC |
|---|---|---|---|---|
| **IDENTIFICATION DATA** | | | | |
| LAST NAME - FIRST NAME - MIDDLE NAME<br>HOUSTON, Leonard William | SERVICE NUMBER<br>1841666 | | EFFECTIVE DATE OF TRANSFER OR DISCH. (Day, Month, Year)<br>30 March 1963 | SELECTIVE SERVICE LOCAL BOARD NUMBER (City, County and State)<br>- - - |
| HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State)<br>217 West 111th St.,<br>New York 26, New York | | | PERMANENT ADDRESS FOR MAILING GIVEN ON ORIGINAL DD FORM 214<br>217 W. 111th Street,<br>New York 26, New York | |

**CORRECTIONS**

THE ORIGINAL ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE (DD Form 214) FOR THE ABOVE-NAMED INDIVIDUAL IS CORRECTED AS INDICATED BELOW:

| ITEM NR | CORRECTED TO READ |
|---|---|
| 32. | second entry: Time Lost current active duty: 27Dec61 one day only; 17Apr60 to 29Apr60 |

J. C. WEEBRE
Head, Unit #3, Records Service Section, Records Branch
By direction of the Commandant of the Marine Corps

AUTHENTICATING OFFICER

DD FORM 215  REPLACES EDITION OF 1 DEC 52 WHICH IS OBSOLETE.  SR/OQR OR HQMC-2
1 NOV 55

Case 7:23-cv-01626-BO-RN   Document 1-1   Filed 11/27/23   Page 2 of 3



CERTIFICATE OF SERVICE
ARMED FORCES OF THE UNITED STATES

THIS IS TO CERTIFY THAT
LEONARD WILLIAM HOUSTON 1841666
HONORABLY SERVED ON ACTIVE DUTY IN THE
United States Marine Corps

| PERIOD OF ACTIVE DUTY | |
|---|---|
| FROM | 17 March 1959 |
| TO | 30 March 1963 |

SIGNATURE OF INDIVIDUAL

SIGNATURE OF CERTIFYING OFFICER (Typed name and grade)
ROBERT E. HAEBEL Major USMC

If found, drop in mail box. Postmaster: Postage guaranteed. Return to: Commandant of the Marine Corps (Code DGK), Washington 25, D.C.