# DR. LEONARD W. HOUSTON, J.D. PH.D., ED.

p: 845-343-8923
f: 845-342-3114
e: lenny.houston@yahoo.com
a: 148 Deer Court Drive • PO Box 254
   Middletown, NY 10940-6867

November 30, 2023

Clerk of Court
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
*Southern Division*
P.O. Box 25670
Raleigh, NC 27611

In Re: Submission and Filing of Civil Action (360)-

Leonard W. Houston v. United States of America
Docket/Case Number (Un-assign)

Dear Sir:

Enclosed, are papers submitted for filing in this civil action - Honoring Our PACT Act of 2022, as pursuant to Section 804 of Title 38, United States Code, as amended.

Your assistance in this matter, would be very much appreciated.

Respectfully,

Leonard W. Houston
*Plaintiff*

Encls: Plaintiff's Civil Action Documents:

- Application to Proceed in District Court
    Without Prepaying Fees or Costs w/ *Proposed* Order to Proceed
    Without Prepaying Fees or Costs (*Un-signed*)
- Notice of Self-Representation - Southern Division
- Pro Se Consent & Registration Form to Receive Documents Electronically w/
    Consent to Electronic Service
- Civil Cover Sheet JS-44 (Rev. 04/21) (Original and 2 copies)
- Summons In a Civil Action (2 Originals)
- Complaint (Jury Trial Demanded) w/ Attachments-Exhibits (Short Form)