






Retail
U.S. POSTAGE PAID
PM
MIDDLETOWN, NY 10940
NOV 21, 2023
27611
RDC 03  0 Lb 5.70 Oz  $14.00
R2303S100530-7

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

CERTIFIED MAIL

9589 0710 5270 0765 3412 30

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

**PRIORITY ★ MAIL ★**
UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:

LEONARD W. HOUSTON, J.D..
148 Deer Court Drive
Middletown, NY 10940-6867

**RECEIVED**
NOV 27 2023
TO:
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
*Southern Division*
Attn: Sandra K. Collins, Deputy Clerk
P.O Box 25670
Raleigh, North Carolina 27611

Label 228, March 2016  FOR DOMESTIC AND INTERNATIONAL USE



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014    EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.