UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEONARD W. HOUSTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:23-CV-1626-BO -RN** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the memorandum and recommendation [DE 5] is ADOPTED in full. Plaintiff's complaint is dismissed as duplicative.

This Judgment filed and entered on January 3, 2024, and copies to:
Leonard W. Houston                                              (via CM/ECF electronic notification)

January 3, 2024                                   PETER A. MOORE, JR.
                                                  Clerk of Court


                                                  By: /s/ Nicole Sellers
                                                      Deputy Clerk